# In the United States Court of Federal Claims

No. 05-635C ADR PILOT
(Filed: August 3, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
RUDOLF SQUARE, A
Limited Partnership,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case was assigned to my docket pursuant to the ADR Pilot Program on June 16, 2005. Judge Marian Blank Horn has informed me that she will now handle this case and other related cases for settlement purposes. Accordingly, the clerk is directed to assign this case to Judge Horn for further ADR Pilot proceedings.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

cc: Judge Lynn J. Bush
Judge Marian Blank Horn